UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV-25-5497-FLA (AYPx)                                Date: June 23, 2026

Title     Adam Andrew Sutton v. Camden Development, Inc., et al.

Present:  The Honorable:  Anna Y. Park, United States Magistrate Judge

| | |
|---|---|
| M. Pogosyan | |
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:              Attorneys Present for Defendants:

**PROCEEDINGS: (IN CHAMBERS) ORDER RE: NOTICE OF MOTION
AND Third MOTION for Order for Joint Report (Dkt. No. 68.)**

The parties filed a Joint Report Requesting Informal Discovery Conference Regarding Parties' Discovery Disputes. (Dkt. No. 68).  The Court has reviewed the request and finds the matter is not ripe for a discovery conference. Therefore, the IDC Request is Denied Without Prejudice.

The parties are Ordered as follows:

(1) Complete the meeting with the third-party vendor (On-Site) as previously ordered by this Court, wherein the parties should also discuss the availability of Power BI reports to address Plaintiff's concerns;

(2) Plaintiff is Ordered to complete and/or notice depositions in accordance with this Court's previous Order, FRCP 30, and the Scheduling Order; and

(3) Defendant is to specify whether the document production is complete or whether additional production is required. Defendant is to inform Plaintiff and the Court if further production is necessary well in advance of the discovery cut off and shall identify a specific date by which production is to be complete. Plaintiff shall also communicate to defendant what specific

CV-90 (03/15)                      Civil Minutes – General                      Page **1** of **2**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV-25-5497-FLA (AYPx)                                    Date: June 23, 2026

Title      Adam Andrew Sutton v. Camden Development, Inc., et al.

documents are missing from the production well in advance of the discovery cut off.


IT IS SO ORDERED.


**Initials of Preparer**    mp