ADAM ANDRU SUTTON
426 West Ave
Jackson, Ga 30233
404-935-2221
Adamsutton007@gmail.com

ADAM ANDRU SUTTON, IN PRO PER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM ANDRU SUTTON<br><br>                    Plaintiff(s),<br><br>        vs.<br><br>CAMDEN DEVELOPMENT, INC., a Delaware corporation; VALARIE TILAKAMONKUL, an individual; MARTIN DOMA, an individual; ANDERSON HERNANDEZ ADAME, an individual, PAUL NGUYEN an individual and DOES 1 through 100, inclusive,<br><br>                    Defendant(s). | Case No.: 2:25-CV-5497-FLA-AYP<br><br>**PLAINTIFFS SECOND NOTICE OF MOTION AND MOTION TO CONTINUE DISCOVERY DEADLINES**<br><br>Date:        June 10th , 2026<br>Time:        1:30 p.m.<br>Location: 6-B<br><br>Complaint Filed:    August 28, 2024<br>FAC Filed:        May 22, 2025<br>SAC Filed:        September 2, 2025<br>Discovery Cutoff:    April 24, 2026<br>Pretrial Conference: September 18, 2026<br>Trial:            October 6, 2026 |

- 1 -

NOTICE OF MOTION AND MOTION TO CONTINUE DISCOVERY DEADLINES

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on June 10th, 2026, at 1:30, or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Judge presiding, Plaintiff Adam Andru Sutton ("Plaintiff"), proceeding pro se, will and hereby does move this Court for an order continuing discovery deadlines in this matter for a period of ninety (90) days.

This Motion is made pursuant to Federal Rules of Civil Procedure 16(b)(4), 26, and 30, on the grounds that good cause exists due to ongoing and unresolved discovery disputes, incomplete depositions, and outstanding document production currently being addressed through the parties' Joint Report and informal discovery conference process before Magistrate Judge Anna Y. Park.

This Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, any supporting declaration, the records and pleadings on file in this action, and such further argument as may be presented to the Court.

DATED: June 24, 2026

_Adam Sutton_

_____

Adam Sutton
In Pro Per

- 2 -

NOTICE OF MOTION AND MOTION TO CONTINUE DISCOVERY DEADLINES