ADAM ANDRU SUTTON
426 West Ave
Jackson, Ga 30233
404-935-2221
Adamsutton007@gmail.com


ADAM ANDRU SUTTON, IN PRO PER


# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM ANDRU SUTTON | ) Case No.: 2:25-CV-5497-FLA-AYP |
| Plaintiff(s), | ) CORRECTED NOTICE OF MOTION AND MOTION TO CONTINUE DISCOVERY DEADLINES |
| vs. | ) |
| | ) Date:       August 7th, 2026 |
| CAMDEN DEVELOPMENT, INC., a Delaware corporation; VALARIE TILAKAMONKUL, an individual; MARTIN DOMA, an individual; ANDERSON HERNANDEZ ADAME, an individual, PAUL NGUYEN an individual and DOES 1 through 100, inclusive, | ) Time:       1:30 p.m. |
| | ) Location: 6-B |
| | ) |
| | ) Complaint Filed:    August 28, 2024 |
| | ) FAC Filed:          May 22, 2025 |
| | ) SAC Filed:          September 2, 2025 |
| | ) Discovery Cutoff:   April 24, 2026 |
| | ) Pretrial Conference: September 18, 2026 |
| | ) Trial:              October 6, 2026 |
| Defendant(s). | |

CORRECTED NOTICE OF MOTION AND MOTION TO CONTINUE DISCOVERY DEADLINES

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on August 7, 2026, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 6B of the above-entitled Court, located at 350 West 1st Street, Los Angeles, California 90012, before the Honorable Fernando L. Aenlle-Rocha, Plaintiff Adam Andru Sutton, appearing in pro per, will and hereby does move this Court for an order continuing the discovery deadlines in this matter for a period of ninety (90) days, or for such other period as the Court deems just and proper.

Plaintiff files this Corrected Notice of Motion and Motion to Continue Discovery Deadlines after the Court struck Plaintiff's prior filing at Docket No. 71. The Court's June 25, 2026 Order to Strike stated that the prior motion did not include a declaration of compliance with Local Rule 7-3 and was not timely under Local Rule 6-1. Plaintiff has corrected those deficiencies by including a declaration regarding the parties' meet-and-confer efforts and by noticing this Motion in compliance with Local Rule 6-1.

This Motion is made pursuant to Federal Rule of Civil Procedure 16(b)(4), Federal Rules of Civil Procedure 26 and 30, and the Court's inherent authority to manage discovery and scheduling. Good cause exists to continue the discovery deadlines because discovery remains incomplete through no lack of diligence by Plaintiff. The parties have ongoing and unresolved discovery disputes concerning Defendants' document production, OneSite/RealPage information, Power BI information, resident complaints and feedback, deposition issues, and Defendants' compliance with prior Court orders. These issues have been the subject of repeated meet-and-confer efforts, including meet-and-confer communications between the parties and a June 29, 2026 meet-and-confer regarding this Motion, but the parties were unable to resolve the disputes.

Plaintiff contends that a continuance is necessary to prevent prejudice and to allow Plaintiff a fair opportunity to complete discovery that remains outstanding, including discovery affected by Defendants' delays, incomplete productions, unresolved vendor-conference issues, and pending deposition issues. Without a continuance, Plaintiff will be substantially prejudiced in preparing his claims for trial.

CORRECTED NOTICE OF MOTION AND MOTION TO CONTINUE DISCOVERY DEADLINES

This Motion is based on this Corrected Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Adam Andru Sutton, the Declaration of Compliance with Local Rule 7-3, the pleadings and records on file in this action, all prior orders of the Court, and any further evidence or argument the Court may permit.

DATED: July 6, 2026

_Adam Sutton_
ADAM SUTTON
In Pro Per